USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-16-19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------- X

GW HOLDINGS GROUP, LLC,                    :

        Plaintiff,                     :

   -against-                              :        No. 18 Civ. 4997 (JFK)
                                           :        **OPINION & ORDER**
US HIGHLAND, INC.,                         :

        Defendant.                    :

                                           :

---------------------------------- X

**JOHN F. KEENAN, United States District Judge:**

The Court hereby holds that it is divested of the

jurisdiction to decide Plaintiff's pending motion for leave to

amend (ECF No. 30) as (1) resolving that motion would control

aspects of the case involved in the appeal (see Kilpatrick v.

Henkin, 17-CV-5111 (CM), 2018 WL 1684410, at *1 (S.D.N.Y. Jan.

5, 2018) (citing Griggs v. Provident Consumer Discount Co., 459

U.S. 56, 58 (1982))) and (2) it is not one of the motions that

Federal Rule of Appellate Procedure 4(a)(4) allows the Court to

resolve after a notice of appeal has been filed.

**SO ORDERED.**

Dated:     New York, New York
         May 16, 2019

                              John F. Keenan
                        United States District Judge

1