UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
      GW Holdings

          -V-

      U.S. Highland
------------------------------------X

#18 Cv 4997 (JFK)

A status conference is set for December 30, 2019 at 11:00 a.m. in Courtroom 20-C. The purpose of the conference is to discuss the plaintiff's motion for leave to file an amended complaint.

SO ORDERED.

Dated: New York, New York

12-16-19

JOHN F. KEENAN
United States District Judge