UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
GW HOLDINGS GROUP, LLC,

        Plaintiff,

  -against-

US HIGHLAND, INC.,

        Defendant.
------------------------------------- X

No. 18 Civ. 4997 (JFK)
**ORDER**

**JOHN F. KEENAN, United States District Judge:**

As discussed during today's conference, the parties have agreed to the following briefing schedule:

- Plaintiff's amended complaint is due by January 6, 2020.

- Defendant's motion to dismiss ("MTD") the amended complaint is due by January 27, 2020.

- Plaintiff's MTD opposition and Plaintiff's motion for summary judgment ("SJ") are due by February 20, 2020.

- Defendant's MTD reply and Defendant's SJ opposition are due by March 19, 2020.

- Plaintiff's SJ reply is due by April 2, 2020.

- Oral argument on the MTD and SJ motion will be heard on April 22, 2020 at 11 a.m. in Courtroom 20-C. Each side will have at total of 30 minutes to argue both motions.

**SO ORDERED.**

Dated:   New York, New York
        December 30, 2019

                                  */s/ John F. Keenan*
                                      John F. Keenan
                                   United States District Judge