UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
         GW Holdings
                                :       #18 Cv 4997 (JFK)
            -V-
                                :
         U.S. Highland
                                :
------------------------------X


The oral argument in this case has been rescheduled from April 22, 2020 to

Friday, April 24, 2020 at 11:00 a.m. in Courtroom 20-C

                    SO ORDERED.

        Dated:   New York, New York

                 1-21-20            /s/ John F. Keenan
                                    ─────────────────────────
                                         JOHN F. KEENAN
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-21-20