```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
GW HOLDINGS GROUP, LLC,            :
                                   :
                Plaintiff,         :
                                   :    No. 18 Civ. 4997 (JFK)
     -against-                     :
                                   :           ORDER
CRUZANI, INC., formerly known as   :
US Highland, Inc.,                 :
                                   :
                Defendant.         :
-----------------------------------X
```

**JOHN F. KEENAN, United States District Judge:**

Before the Court is a motion by The Steidley Law Firm ("Steidley") to withdraw as counsel pro hac vice for Defendant Cruzani, Inc., formerly known as US Highland, Inc.[1] (ECF No. 59.) Steidley argues that adversity has arisen between itself and Defendant due to Defendant's refusal to pay outstanding legal fees and expenses owed to Steidley. (ECF No. 60.) Upon receipt of Steidley's motion, the Court spoke with counsel for Plaintiff GW Holdings Group, LLC ("Plaintiff's counsel"). Plaintiff's counsel does not object to Steidley's request to withdraw.

Accordingly, Steidley's motion to withdraw is GRANTED. The Clerk of Court is directed to terminate Jeffrey W. Steidley and Gage S. Fender from Defendant's representation in this action.

---

[1] In addition to Steidley, Defendant also is currently represented in this action by Matthew Tracy of Winget, Spadafora & Schwartzberg, LLP.

The current briefing schedule (ECF No. 58), which gives Defendant until June 17, 2020, to make certain filings relating to its motion to dismiss and Plaintiff's motion for summary judgment, remains in effect.

**SO ORDERED.**

Dated:   New York, New York
         April 17, 2020

_____
John F. Keenan
United States District Judge