UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
GW HOLDINGS GROUP, LLC,                :
                                       :
            Plaintiff,                 :
                                       :         No. 18 Civ. 4997 (JFK)
      -against-                        :
                                       :               ORDER
CRUZANI, INC.,                         :
                                       :
            Defendant.                 :
------------------------------------- X

**JOHN F. KEENAN, United States District Judge:**

By no later than July 20, 2020, the parties are directed to confer and file a joint letter regarding whether either party requests oral argument on Defendant's motion to dismiss (ECF No. 47) or Plaintiff's motion for partial summary judgment (ECF No. 50). The Court does not require such argument, but if it is requested, the parties are further directed to provide the Court with at least three proposed dates for the argument on the Tuesdays, Wednesdays, and Thursdays between August 18, 2020, and September 3, 2020.

**SO ORDERED.**

Dated:   New York, New York
         July 13, 2020

                                        _____
                                              John F. Keenan
                                        United States District Judge