UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
    GW Holdings

        -V-                              #18 Cv 4997 (JFK)

    Cruzani
------------------------------X

A status conference is set for November 10, 2020 at 11:30 a.m. in Courtroom 20-C.

The purpose of this conference is to discuss the status of this case.

SO ORDERED.

Dated: New York, New York

9-29-20

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-29-20