UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GW HOLDINGS GROUP, LLC, a New York Limited Liability Company,

                                                Plaintiff,

                   - against -

CRUZANI, INC., f/k/a US HIGHLAND, INC., a Nevada Corporation,

                                            Defendant.

Case No.: 18-cv-4997-JFK

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-17-20

## ORDER

**WHEREAS**, by Order, dated September 29, 2020 [ECF Doc. 77], the Court granted Defendant Cruzani, Inc., f/k/a US Highland, Inc.'s ("Defendant") counsel's request to withdraw as attorney of record for Defendant;

**WHEREAS**, by Order, dated September 29, 2020 [ECF Doc. 77], the Court ordered that Defendant shall have thirty (30) days to appoint new counsel, after which the parties shall promptly proceed to discovery under the supervision of Magistrate Judge Stewart D. Aaron;

**WHEREAS**, a conference was scheduled by the Court for November 10, 2020;

**WHEREAS**, no attorney has appeared at the November 10, 2020 conference on behalf of Defendant, and within thirty (30) days as ordered by the Court.

### NOW, THEREFORE, IT IS HEREBY ORDERED:

If Defendant, having a last known business address at 208 East 51st Street #208, New York, New York 10022, does not appear in this action through new counsel by November 30, 2020, this Court shall Order entry of a Default Judgment against Defendant.

**SO ORDERED.**

Dated: New York, New York
        November 17, 2020

                                                                       John F. Keenan
                                                              United States District Judge