UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| GW HOLDINGS GROUP, LLC, a New York Limited Liability Company, | Case No. 18-cv-4997-JFK |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| - against - | |
| CRUZANI, INC., f/k/a US HIGHLAND, INC., a Nevada Corporation, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Upon the annexed Declaration of Noah Weinstein, dated January 4, 2021, upon the annexed Declaration of Jeffrey Fleischmann, dated January 5, 2021, each submitted on behalf of Plaintiff GW Holdings Group ("Plaintiff"), upon the Summons, Amended Complaint, Answer, Memorandum of Law, and all prior filings and pleadings heretofore:

LET Defendant Cruzani, Inc. f/k/a US Highland, Inc. show cause before Honorable John F. Keenan in Courtroom _____, at the Courthouse located at 500 Pearl Street, New York, New York 10007, on the _____ day of _____, 2021, at _____, or as soon thereafter as counsel may be heard, as to why an Order should not be entered pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 55.2(b), granting a default judgment in favor of Plaintiff GW Holdings Group, LLC, and against Defendant Cruzani, Inc. f/k/a US Highland, Inc.

ORDERED that answering papers, if any, must be filed with the Court and served on Jeffrey Fleischmann, 150 Broadway, Suite 900, New York, New York 10038, on or before _____, at _____.

ORDERED that reply papers, if any, must be served and filed by _____.

ORDERED that service of this Order to Show Cause, together with the papers upon which it is based, upon Defendant via overnight mail to the last known address of Plaintiff, and that such service be deemed good and sufficient service.

Plaintiff is to file proof of such service, along with the papers upon which this Order to Show Cause is based, on the Court's electronic filing system by _____.

                                                    SO ORDERED

Dated: New York, New York
       _____, 2021

                                              _____
                                              Hon. John F. Keenan