USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X

GW HOLDINGS GROUP, LLC, a New York
Limited Liability Company,

                Plaintiff,

- against -

CRUZANI, INC., f/k/a US HIGHLAND, INC.,
a Nevada Corporation,

                Defendant.

------------------------------- X

Case No. 18-cv-4997-JFK

**DEFAULT JUDGMENT**

      This matter having been commenced on June 5, 2018, by the filing of a Complaint, and subsequent Amended Complaint on December 30, 2019, the Court finds as follows:

      1.    A copy of the Complaint was served on Defendant Cruzani, Inc. f/k/a US Highland, Inc.

      2.    On September 29, 2020, Defendant's former counsel filed a motion to withdraw as counsel. (ECF Nos. 59, 60, 61.)

      3.    On October 23, 2020, the Court issued an Order (the "September 29, 2020 Order") which granted Defendant's former counsel's motion to withdraw, and stayed this matter for 30 Days. (ECF No. 77.)

      4.    On November 10, 2020, Defendant failed to appear as ordered by the Court.

      5.    On February 16, 2021, Defendant again failed to appear as ordered by the Court and failed to show cause why default judgment should not be entered. (ECF No. 94.)

      6.    The Court having received the motion papers in support of this motion, and sufficient proof of damages having been set forth by GW Holdings Group, LLC.

THEREFORE, it is ORDERED, ADJUDGED, AND DECREED: That the Court enters judgment in favor of Plaintiff and against Defendant for the amount of $200,079.74 in damages on the First Note and the Second Note, plus per diem default interest after May 25, 2018 through entry of judgment at the rate of 24% at the per diem amount of $62.55 on the First Note in the amount of $62,424.90 plus per diem default interest after June 1, 2018 on the Second Note through entry of judgment at the rate of 24% at the per diem amount of $44.84 in the amount of $44,436.44 pursuant to the cross-default provision in the Second Note, and that, in accordance with Section 4 of the Notes, Plaintiff shall have the option to convert the First Note and the Second Note into shares of stock of Defendant up until the amount of damages awarded under the First Note and the Second Note in accordance with the terms of the First Note and the Second Note, and attorneys' fees in the amount of $41,607.80 and that Plaintiff shall have execution therefore.

**SO ORDERED.**

Dated: New York, New York
      February 16, 2021

                                                  JOHN F. KEENAN
                                    UNITED STATES DISTRICT JUDGE